FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2022 DEC -1  PM 3: 12

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO:   8:22-cr-13-SDM-AAS

AKINOLA TAYLOR

## ORDER

This matter before the Court is the government's <u>In Camera</u> motion to unseal the indictment in the instant case.

It is hereby ORDERED that the Indictment in the instant case be UNSEALED.

DONE AND ORDERED in Chambers at Tampa, Florida, this 1st day of December 2022.

AMANDA A. SANSONE
United States Magistrate Judge

Copies to:   Rachel K. Jones
Assistant United States Attorney